No. 03–9347. HERRERA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9354. FLEMING v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9355. GRAYDON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–9356. HESS, AKA HEB v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–9364. BOWENS, AKA MCCURDY, AKA JOHNSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–9365. BEMIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9366. MONDRAGON-SOTO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9367. LOPEZ-CASTANEDA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9369. TOPETE-PLASCENCIA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–9371. HOPKINS ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–9374. HERNANDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–9377. GREY, AKA GRAY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–9379. HUNDLEY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–9381. MOLINA-RODRIGUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9382. MEDINA-SALINAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.